UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT CHAMPAGNE                                CIVIL ACTION

VERSUS                                          NO: 06-7374

ALLSTATE INSURANCE COMPANY                      SECTION: "J"(1)

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 6)**. Allstate Insurance Company ("Allstate") opposed this motion, which was set for hearing on December 6, 2006 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in Lipetska v. United Services Automobile Association, 2006 WL 3395344 (E.D. La. Nov. 22, 2006) in the discussion of jurisdiction under the National Flood Insurance Program ("NFIP"), and Judge Duval's decision in Stay-N-Play Discovery School, Inc. v. Alvarez, 2006 WL 2947878 (E.D. La. Oct. 14, 2006) in his discussion of supplemental jurisdiction over Plaintiff's state law claims, Plaintiff's motion to remand should be denied.  Accordingly,

1

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 6)** should be and hereby is **DENIED.**

New Orleans, Louisiana this 8th day of December, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2