```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ROBERT CHAMPAGNE                               CIVIL ACTION

VERSUS                                         NO: 06-7374

ALLSTATE INSURANCE COMPANY                     SECTION: "J"(1)
```

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the **Motion to Quash Jury Demand (Rec. Doc.20)**, set for hearing on February 28, 2007, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the **Motion to Quash Jury Demand (Rec. Doc.20) is GRANTED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a

motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

    New Orleans, Louisiana, this 28th day of February, 2007.

                                        CARL J. BARBIER
                                        UNITED STATES DISTRICT JUDGE